**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00282-MR-DLH**

| | |
|---|---|
| **DLL FINANCE LLC, formerly known as Agricredit Acceptance LLC,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BRIGHT'S CREEK GOLF CLUB, LLC,** )<br>**ALIANZA TRINITY HOLDINGS LLC,** )<br>**MARC RUDOW, as receiver of the** )<br>**assets of Bright's Creek Golf Club,** )<br>**LLC,** )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Notice of Settlement and Request to Stay and Extend Pending Deadlines to Consummate Settlement [Doc. 37].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' request for a stay [Doc. 37] is **GRANTED**, and all pending deadlines are hereby **STAYED** through and including **May 31, 2018** in order to allow the parties sufficient time to consummate their settlement and complete the short-term payment schedule agreed to by the parties.

**IT IS FURTHER ORDERED** that the parties shall file status reports with the Court every thirty (30) days, beginning on February 1, 2018, until such time as this matter is closed.

**IT IS SO ORDERED.**

Signed: January 12, 2018

Martin Reidinger
United States District Judge