IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00282-MR-DLH

| | |
|---|---|
| DLL FINANCE LLC, formerly known as Agricredit Acceptance LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT'S CREEK GOLF CLUB, LLC, ALIANZA TRINITY HOLDINGS LLC, MARC RUDOW, as receiver of the assets of Bright's Creek Golf Club, LLC,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on counsel's "Notice of Request for Protection from Court Appearance" [Doc. 46].

Plaintiff's counsel requests protection from court appearances for certain dates. [Doc. 46]. Counsel is advised that secured leave is not recognized in this Court. The Court, however does not intend to set this matter for hearing on any of the dates for which counsel seeks protection. Accordingly, counsel's request is moot.

**IT IS, THEREFORE, ORDERED** that counsel's "Notice of Request for Protection from Court Appearance" [Doc. 46] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: March 6, 2018

Martin Reidinger
United States District Judge