# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00282-MR-DLH

| | |
|---|---|
| DLL FINANCE LLC, formerly known as Agricredit Acceptance LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRIGHT'S CREEK GOLF CLUB, LLC, )<br>ALIANZA TRINITY HOLDINGS LLC, )<br>MARC RUDOW, as receiver of the )<br>assets of Bright's Creek Golf Club, )<br>LLC, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Enforce Settlement [Doc. 42].

On January 12, 2018, the Court entered an Order staying this action at the request of the parties so that they could consummate their settlement. [Doc. 37]. On March 1, 2018, the Plaintiff filed the present Motion to Enforce Settlement [Doc. 42].

In light of the Plaintiff's Motion, the Court will lift the stay previously imposed in this action and return this case to the May 14, 2018 trial term.

**IT IS, THEREFORE, ORDERED** that the stay previously imposed in this action is hereby **LIFTED**, and this case is hereby reset for trial during the May 14, 2018 trial term.

**IT IS FURTHER ORDERED** that a final pretrial conference shall be held on Friday, **April 27, 2018, at 9:00 a.m.** The Plaintiff's Motion to Enforce Settlement [Doc. 42] shall be heard at the time of the final pretrial conference. A Supplemental Pretrial Order and Case Management Plan shall be entered contemporaneously herewith.

**IT IS SO ORDERED.**

Signed: March 27, 2018

Martin Reidinger
United States District Judge